Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__US__ District of __Ohio__
__S__ Division

Case No. __1:20CV402__
(to be filled in by the Clerk's Office)

__Michael Dale Maze__

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__See Attached__

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

J. BLACK

M.J. LITKOVITZ

FILED 20 MAY 20 PM 3:07 RICHARD W. NAGEL CLERK OF COURT U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michael Dale Maze
All other names by which you have been known: None
ID Number: N/A
Current Institution: Lawerence County Jail
Address: 115 South 5th Street
Ironton, OH 45638
City, State, Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Ironton Police Department
Job or Title (if known): N/A
Shield Number: N/A
Employer: Ironton Police Department
Address: 301 South 3rd Street
Ironton, OH 45638
City, State, Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Kersten Harris
Job or Title (if known): Ptl. Officer
Shield Number: 813
Employer: Ironton Police Department
Address: 301 South 3rd Street
Ironton, OH 45638
City, State, Zip Code
[✓] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name: Chad Gue
- Job or Title (if known): Ptl. Officer
- Shield Number: 810
- Employer: Ironton Police Department
- Address: 301 South 3rd Street, Ironton, OH 45638
- ☒ Individual capacity  ☒ Official capacity

Defendant No. 4
- Name: Lawrence County Sheriffs Department
- Job or Title (if known): N/A
- Shield Number: N/A
- Employer: Lawrence County Sheriffs Department
- Address: 115 South 5th Street, Ironton, OH 45638
- ☒ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Excessive Force, Blunt Force Trauma, Negligence, Malpractice, Wrongful Actions

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached Page(s)

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

St. Mary's Hospital of Ironton, 1434 Ora Richey Road, Ironton, OH -45638- When I came out of several seizures

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C. What date and approximate time did the events giving rise to your claim(s) occur?

May 18, 2019 approximately 0446 am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached Page (4) and (5)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Head Trauma, split to the scalp that needed 5 staples. Black eyes, blood in my urine, cuts and scrapes to the back side of my body. I required pictures, X-rays, urine sample for (UTI) and pain.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensation for medical, treatment, blunt force Trauma, excessive force, Malpractice, Negligence Head Trauma and for my charges thats filed against me to be dropped due to wrongful actions. Total $250,000 plus $20,000 for each individual of the defendants.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _____N/A_____

2. What did you claim in your grievance?

   _____N/A_____

3. What was the result, if any?

   _____N/A_____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _____N/A_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

The incindent occured at St. Marys Hospital

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?
   ☐ Yes
   ☐ No   N/A

   If no, give the approximate date of disposition. _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _N/A_
   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _N/A_

3. Docket or index number

   _N/A_

4. Name of Judge assigned to your case

   _N/A_

5. Approximate date of filing lawsuit

   _N/A_

6. Is the case still pending?

   ☐ Yes
   ☐ No  _N/A_

   If no, give the approximate date of disposition  _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _N/A_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 12, 2020

Signature of Plaintiff: M. Maze
Printed Name of Plaintiff: Michael Dale Maze
Prison Identification #: N/A
Prison Address: 115 South 5th Street, Ironton, OH 45638

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

The Defendant(s)                          Page (1)

1. Ironton Police Department
2. Kersten Harris
3. Chad Gue
4. Lawerence County Sheriff's Department
5. Michael Delawder
6. Mark Majher
7. Brian Chaffins
8. St. Mary's Hospital of Ironton
9. Unknown Named Doctor

Defendant No. 5      Michael Delawder
                            Deputy Sheriff
                            Shield No. N/A
                            Lawrence County Sheriffs Department
                            115 South 5th Street
                            Ironton, OH 45638

Defendant No. 6      Mark Majher
                            Deputy Sheriff
                            Shield No. N/A
                            Lawrence County Sheriffs Department
                            115 South 5th Street
                            Ironton, OH 45638

Page (2)

Defendant No. 7    Brian Chaffins
                   Sgt. Sheriff
                   Shield No. N/A
                   Lawrence County Sheriffs Department
                   115 South 5th Street
                   Ironton, OH 45638

Defendant No. 8    St. Mary's Hospital of Ironton
                   N/A
                   N/A
                   St. Mary's Hospital of Ironton
                   1434 Ora Richey Road
                   Ironton, OH 45638

Defendant No. 9    Unknown Named
                   Doctor of St. Mary's Hospital
                   N/A
                   St. Mary's Hospital of Ironton
                   1434 Ora Richey Road
                   Ironton, OH 45638

Basis for Jurisdiction  Page (3)

D. Ironton Police Department: Neglinence, Wrongful Actions
Kersten Harris Ptl. Officer: Excessive Force, Neglinence and Wrongful Actions
Chad Gue Ptl. Officer: Blunt Force Trauma, Excessive Force, Neglinence and Wrongful Actions
Lawrence County Sheriffs Department: Neglinence, Wrongful Actions
Michael Delawder Deputy Sheriff: Neglinence, Wrongful Actions
Mark Majher Deputy Sheriff: Neglinence and Wrongful Actions
Brian Chaffins Sgt. Sheriff: Neglinence and Wrongful Actions
St. Mary's Hospital of Ironton: Neglinence, Malpractice and Wrongful Actions
Unknown Named Doctor: Neglinence, Malpractice and Wrongful Actions

Note: I don't know which of these fall under certian constantutional rights or violations of my civil rights due to being incarcerated in Lawrence County Jail. They don't provide any information and I'm filing this complaint under my best acknowlege. And would need help to furture persued my complaint.

Statement of Claim                                           Page (4)

D.

On May 18, 2019 at approximately 0446am Ptl. Officer Kersten Harris of Ironton Police Department used excessive force by using his tazor numerous times in strike mode and drive stuned mode while punching several times to my face. While on top of me, at this time Ptl. Officer Chad Gue used his flashlight and delivered a strike to my head knocking me unconcious, which I substained blunt force trauma due to the strike to the head that split my scaulp open. Ptl. Officer Harris and Ptl. Officer Gue used wrongful actions after I was handcuffed and detained, by shoving and rolled me down a embankment outside of St. Mary's Hospital untill I landed up against a tree. Then the officers grabed me by my ankels and dragged me the rest of the way about 20 yards to waiting staff from St. Mary's Hospital and other officers. I was also nude at this time. I recieved numerous cuts and scratches all up and down my body from being dragged. While I was put on gurney one of the officers ripped out the darts from the tazor that were attached in my side.

I was transported back into St. Mary's Hospital to finish being treated for orignal issues which were being in active seizures for several hours. And also the new ones I recieved coming out of siezures. I ended up with 5 staples in my head from the strike with the flashlight. I was cleared by hospital and taken back to Lawrence County Jail. There were several staff members who saw what happen to me. Along with

Page (5)

other officers. (Helene Barnhart, Shelby Unknown last name, and several other nurses that were on duty that day.) And (Mark Majher and Brian Chaffins from Lawrence County Sheriff Department.)

I had to go back to St. Mary's Hospital days later for more medical issues that I substained from the incindent that occured on May 18, 2019. There was blood in my urine and substantial pain. The Doctor that was on duty May 18, 2019 should've never released me and kept me at St. Mary's Hospital for furture observation due to having seizures and recieving blunt force trauma to the head. I also got a (UTI) Urincted Track Infection from the catatered being ripped out when I was at the hospital.

There are a lot of things that could have been prevented if the Sheriff Department and Hospital Staff went by protocal and did the right thing. Deputy Michael Delauder stated to me that he was mad cause I bout' got Mark Majher fired and he got written up from that night the incindent occured. And the none of the officers that where there or involved got no statements from any onlookers or whitnesses from the hospital such as the nurses and staff.

May 12, 2020

*M. Maze*

Michael Dale Maze