# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MAZE, | : | Case No. 1:20-cv-402 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| IRONTON POLICE DEPARTMENT, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORTS AND RECOMMENDATIONS
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 26, 30)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. 28 U.S.C. § 636(b). Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on February 23, 2021 and April 13, 2021, submitted Reports and Recommendations. (Doc. 26, 30). No objections were filed to either Report and Recommendation, and the time for filing objections has expired.

The Court has reviewed the Reports and Recommendations, is satisfied that there is nothing clearly erroneous or contrary to law on the face of the record, and accepts the Magistrate Judge's recommendations. Fed. R. Civ. P. 72.

Accordingly:

1. The Reports and Recommendations (Docs. 26, 30) are hereby **ADOPTED**;

2. Plaintiff's complaint against Defendants Gue and Harris is **DISMISSED without prejudice** for failure of service;

3. Plaintiff's complaint against Defendants Chaffins and Majher is **DISMISSED with prejudice** for want of prosecution pursuant to Fed. R. Civ. P. 41(b);

4. The Court **CERTIFIES** that pursuant to 28 U.S.C. § 1915(a)(3) an appeal of this Court's Order would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 199); and,

5. The Court finds that all Defendants are now dismissed pursuant to this Order and the Court's prior Order dismissing certain claims and Defendants (Doc. 10). Accordingly, the Clerk shall enter judgment accordingly, whereupon this action is **TERMINATED** upon the docket of this Court.

**IT IS SO ORDERED.**

Date: 8/24/2021

*s/Timothy S. Black*
Timothy S. Black
United States District Judge